# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3388

_____

| | | |
|---|---|---|
| Wayne Allen Bauer, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Joe Powell, Deputy Sheriff for Benton | * | Western District of Arkansas. |
| County, Arkansas, in his official and | * | |
| individual capacities, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: December 6, 2006
Filed: December 14, 2006

_____

Before MURPHY, BYE and MELLOY, Circuit Judges.

_____

PER CURIAM.

Wayne Allen Bauer appeals from the district court's[1] grant of summary judgment in favor of Joe Powell in this 42 U.S.C. § 1983 action. Bauer claimed that Powell, a patrol officer for Benton County, Arkansas, violated Bauer's civil rights by causing his probable cause hearing to be unreasonably delayed following his arrest.

_____

[1]The Honorable Beverly Stites-Jones, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Having carefully reviewed the record de novo, <u>see</u> <u>Jacob-Mua v. Veneman</u>, 289 F.3d 517, 520 (8th Cir. 2002), we find the district court's analysis to be correct, thorough, and well-reasoned.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____